FILED

1/10/2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-06-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| KIELAN BRETT FRANKLIN, GERALD ALLEN HILER, *a/k/a Teg*, ARIELLE ROSE COWSER, and MORGAN VICTOR PITSCH, | |
| Defendants. | |

Upon the record made in open court,

ORDERED:

1. Defendant Arielle Cowser's Motion to Sever Trial[1] is DENIED.

///

---

[1] Doc. 125.

2. Defendant Arielle Rose Cowser may file supplemental jury instructions related to Counts IV and V of the Superseding Indictment[2] on or before 4:45 p.m. on February 14, 2020.

DATED this 10th day of January, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 134.