UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION



FILED
FEB 14 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-006-H-DWM |
| Plaintiff, | |
| vs. | ORDER |
| ARIELLE ROSE COWSER, | |
| Defendant. | |

IT IS ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 14th day of February, 2020.

Donald W. Molloy, District Judge
United States District Court