FILED
FEB 21 2020
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARIELLE ROSE COWSER,<br><br>Defendant. | CR 19–06–H–DWM<br><br><br><br>ORDER |

Defendant Arielle Rose Cowser was charged by superseding indictment with conspiracy to commit robbery affecting commerce (Count I), robbery affecting commerce or aiding and abetting that offense (Count II), and possession of a firearm in furtherance of a crime of violence or aiding and abetting that offense (Count III). (Docs. 133, 134.) The case was tried to a jury in Helena, Montana beginning on February 18, 2019. At the close of the evidence, Cowser moved under Rule 29 of the Federal Rules of Criminal Procedure for judgment of acquittal. The motion was denied as to Counts I and II, but decision was reserved on Count III. *See* Fed. R. Crim. P. 29(b). On February 20, 2019, the jury returned a verdict finding Cowser guilty on Counts I and II and not guilty on Count III.

1

Accordingly, IT IS ORDERED that Cowser's Rule 29 motion for judgment of acquittal on Count III is DENIED as MOOT.

DATED this 21st day of February, 2020.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court