IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION
**FILED**

FEB 21 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ARIELLE ROSE COWSER, <br><br> Defendant. | CR 19–06–H–DWM <br><br><br> ORDER |

On February 20, 2020, a jury found Defendant Arielle Rose Cowser guilty of conspiracy to commit robbery affecting commerce as charged in Count I of the superseding indictment and robbery affecting commerce as charged in Count II of the superseding indictment. (Docs. 219, 220.) Sentencing was set for June 11, 2020. (Doc. 221.)

A hearing was then held to determine whether Cowser should be detained pending sentencing. After considering the testimony from Cowser's caseworker at the YWCA sober living facility, where Cowser currently resides, and the arguments of the parties, the Court finds that Cowser is not likely to flee and does not pose a danger to any other person or the community.

1

Accordingly, IT IS ORDERED that Cowser shall remain in the community pending sentencing. Cowser shall remain under the supervision of the United States Probation Office subject to the previously imposed conditions of release. (Doc. 21.) In addition, Cowser shall participate in substance abuse testing, to include not more than five (5) urinalysis tests and not more than five (5) breathalyzer tests each week, to be performed at the discretion of the United States Probation Office.

DATED this 21st day of February, 2020.

Donald W. Molloy, District Judge
United States District Court