IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARIELLE ROSE COWSER,<br><br>Defendant. | CR 19-06-H-DWM<br><br><br><br>ORDER |

Defendant Arielle Rose Cower moves unopposed for early termination of her term of supervised release. (Doc. 327.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 327) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 8th day of August, 2023.

Donald W. Molloy, District Judge
United States District Court

1